## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

LENILSON ALVES DE FREITAS,

*Plaintiff*,

v.

JOHN THOMPSON, et al.

*Defendants.*

**Civil Action No.: 2:26-cv-8461**

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, LENILSON ALVES DE FREITAS, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiff is entitled to dismiss this action without a court order. This dismissal is without prejudice.

**Dated: 08/03/26**

Respectfully Submitted,

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiff*

**SO ORDERED**
*/s/ Jamel K. Semper*
Jamel K. Semper, U.S.D.J.

1